Order entered January 9, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01197-CR

### JOSE JOFFRE CORREA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M09-57654**

## ORDER

The Court **GRANTS** appellant's January 3, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief on or before **January 18, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE